THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keith Antonio
 Malloy, Appellant.
 
 
 

Appeal From Richland County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No.  2008-UP-659
 Submitted December 1, 2008  Filed
December 4, 2008  

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Keith Antonio Malloy appeals his probation revocation,
 arguing the trial court abused its discretion in revoking his suspended
 sentence.    After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Malloys appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.